# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 26, 2015

## NO. 03-14-00558-CV

### Jeff Moseley, Appellant[1]

### v.

### FedEx Techconnect, Inc., LLC, Appellee

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the trial court on March 5, 2014. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not file a brief, nor comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.

---

[1] Although the county court's judgment identifies defendant as "Jeff Moseley," appellant informed this Court in the agreed motion for extension of time that the correct spelling is "Jeff Mosley."